AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| YUSEF REYNOLDS | ) | Case Number: CR 12-12 RGA |
| | ) | USM Number: 06904-015 |
| | ) | LUIS ORTIZ, ESQ. |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  COUNT I OF INDICTMENT, COUNT I OF FELONY INFORMATION

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense End | Count |
|---|---|---|---|
| 18:1591(a) | SEX TRAFFICKING OF CHILDREN | 1/26/2012 | I |
| 922(g)(8) and 924(a)(2) | POSSESSION OF A FIREARM BY A PROHIBITED PERSON | 1/26/2012 | Is |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s) II, III, IV, V    ☐ is    ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/13/2012
Date of Imposition of Judgment

*[signature]*
Signature of Judge

HONORABLE RICHARD G. ANDREWS, U.S. DISTRICT JUDGE
Name and Title of Judge

November 21, 2012
Date

DEFENDANT: YUSEF REYNOLDS
CASE NUMBER: CR 12-12 RGA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**120 MONTHS ON COUNT I**
**120 MONTHS ON COUNT Is (TO RUN CONCURRENTLY WITH COUNT I)**

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT: YUSEF REYNOLDS
CASE NUMBER: CR 12-12 RGA

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
**5 YEARS ON COUNT I**
**3 YEARS ON COUNT Is (TO RUN CONCURRENTLY WITH COUNT I)**

 The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☑   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

 If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

 The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: YUSEF REYNOLDS
CASE NUMBER: CR 12-12 RGA

## SPECIAL CONDITIONS OF SUPERVISION

You shall participate in a program of mental health treatment, which may include cognitive behavioral life skills training, and domestic violence counseling.

You shall participate in a drug aftercare treatment program, which may include testing.

You shall participate in an alcohol aftercare treatment program, which may include testing.

You shall participate in any educational, vocational, job training, including the U.S. Probation Office's Workforce Development Program.

As a consequence of the defendant's criminal conviction for the instant offense, the U.S. Probation Office is providing the defendant with notice of our intention to consider recommending the imposition of special conditions specifically related to a sex offender. These conditions, which may include random polygraph examinations, are not routinely imposed and may be more intrusive and restrictive of the defendant's liberty than the standard conditions. Additional conditions being considered by the probation office include
the following:

You shall register with the state sex offender registration agency in the state where you reside, work, or is a student, as directed by the probation officer.

You shall reside in a residence approved, in advance, by the probation officer. Any changes in the residence must be pre-approved by the probation officer.

You shall not visit or live at a residence where there are children present without third party notification and without prior approval of the court. You shall not invite or otherwise encourage anyone under the age of 18 to visit your living quarters.

You shall participate in home confinement with electronic monitoring, which shall include a global positioning system (GPS-Location Monitoring) component, and you must abide by all rules, regulations, and requirements of the program for a term of 3 months.

You shall submit to random polygraph examinations, on subjects related to monitoring supervision and treatment of the defendant, at the direction of the probation officer. Such examinations shall be administered by a certified examiner. You shall be required to contribute to the costs of the polygraph examinations to the extent you have the ability to pay.

You shall participate in a mental health treatment program which may include sex offender therapy, as well as an Abel Assessment evaluation, including any risk assessment, at the direction of the probation officer.

You shall not own or operate a personal computer with Internet access in the home, or any other location, including employment, without prior written approval of the Court.

You are restricted from engaging in any occupation, business, profession, or volunteer activity that includes contact with children without prior written permission from the court. At the direction of the probation officer, you shall disclose the nature of your conviction to any such occupation, business, profession, or volunteer activity that includes contact with children.

You shall not possess or view any materials including pictures, photographs, books, writings, drawings, or video games depicting and/or describing sexually explicit conduct defined in 18 U.S.C. § 2256(2).

You shall not associate with anyone that is a known sexual offender, except in a registered treatment program.

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
            Sheet 5 — Criminal Monetary Penalties

Judgment — Page    5    of    6

DEFENDANT: YUSEF REYNOLDS
CASE NUMBER: CR 12-12 RGA

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ WAIVED | $ N/A |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0.00 | $ 0.00 |
|---|---|---|

☐   Restitution amount ordered pursuant to plea agreement   $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐   the interest requirement is waived for the    ☐ fine    ☐ restitution.

     ☐   the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: YUSEF REYNOLDS
CASE NUMBER: CR 12-12 RGA

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ 200.00 due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance    ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

B ☐ Payment to begin immediately (may be combined with   ☐ C,    ☐ D, or    ☐ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
Acer Aspire, D257-13450, Serial #12800300325; Vivitar Vivicam F536 Digital Camerawith Memory Card; LG Cell Phone, Serial #105CYRN0597110; Sony Boost Mobile Cell Phone, Model SCP6760; Verizon Samsung Cell Phone, Model: SCH-U360, SKU: SCHU360PP; LG Virgin Mobile Cell Phone, Model VM101, Serial #105CYAS50538400; One Pro-blue flashdrive; One Pro-White flash drive; One Lacia DVD Player; MetroPCS cellular phone, Model M635, Serial #27H9MB1191909969; Green Dot Visa accounts: #4255-2200-2428-9660; #4801-2822-2888-5510; #4255-2200-2353-9529; #4255-2200-1292-6026; #4984-0300-0424-5816; #4984-0300-0877-3250; Visa Gift Card accounts: #4358-8026-7676-9028; #4358-8042-981 0-4774; Walmart Visa debit card accounts: #4470-9133-4064-0934; #4470-9133-3316-6707; #4470-9133-3119-1723; Bank of America Visa debit account #4117-7440-2755-3036; $2,086 in U.S. Currency; and one Smith & Wesson 9-millimeter handgun, Serial #DSL0904 and 15 rounds of 9-millimeter ammunition.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.